AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00576 |
| | ) Assigned to: Judge Harvey, G. Michael |
| Robert Flynt Fairchild, Jr. | ) Assign Date: 8/24/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Engaging in Physical Violence in the Ground or Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting or Impeding Certain Officers);
18 U.S.C. § 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder);
18 U.S.C. § 1512(c)(2) (Obstructing or Impeding Official Proceeding).

Date: 08/24/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.24 10:33:57 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 8/24/2021, and the person was arrested on (date) 8/27/21
at (city and state) Orlando, FL.

Date: 8/27/2021

_Arresting officer's signature_

Special Agent Michael H. Jensen
_Printed name and title_